ORAL ARGUMENT NOT YET SCHEDULED

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 24-1094 (Consolidated with No. 24-1150)
_____

APPALACHIAN VOICES, BLUE RIDGE ENVIRONMENTAL
DEFENSE LEAGUE, CENTER FOR BIOLOGICAL DIVERSITY,
CHESAPEAKE CLIMATE ACTION NETWORK, HAW RIVER ASSEMBLY,
NATURAL RESOURCES DEFENSE COUNCIL, SIERRA CLUB,
AND WILD VIRGINIA,

Petitioners,

v.

FEDERAL ENERGY REGULATORY COMMISSION,

Respondent.
_____

On Petition for Review of Orders of the Federal Energy Regulatory
Commission in Docket No. CP19-14
_____

**PETITIONERS' NON-BINDING STATEMENT OF ISSUES**

Petitioners set forth their preliminary, non-binding statement of the issues in this matter as follows:

1. Whether Respondent Federal Energy Regulatory Commission ("Commission") violated the National Environmental Policy Act ("NEPA") and acted arbitrarily and capriciously by granting a three-year extension of

Mountain Valley Pipeline, LLC's Natural Gas Act Section 7 Certificate of Public Convenience and Necessity for the MVP Southgate Project ("the Project"), 185 FERC ¶ 61,208 (Dec. 19, 2023), and by refusing to abrogate that decision on rehearing, 187 FERC ¶ 61,039 (April 25, 2024), without performing supplemental NEPA analysis to address significant changed circumstances and new factual information arising since the Commission issued its original environmental impact statement for the Project;

2. Whether Respondent Commission violated the Natural Gas Act and acted arbitrarily and capriciously by granting a three-year extension of Mountain Valley Pipeline, LLC's Natural Gas Act Section 7 Certificate of Public Convenience and Necessity for the Project, 185 FERC ¶ 61,208 (Dec. 19, 2023), and by refusing to abrogate that decision on rehearing, 187 FERC ¶ 61,039 (April 25, 2024), without meaningfully considering significant evidence arising since the Commission issued the original Certificate that undermines the original finding that the Project is required by the public convenience and necessity;

3. Whether Respondent Commission's grant of a three-year extension of Mountain Valley Pipeline, LLC's Natural Gas Act Section 7 Certificate of Public Convenience and Necessity for the Project, 185 FERC ¶ 61,208 (Dec. 19, 2023), and refusal to abrogate that decision on rehearing, 187 FERC ¶

61,039 (April 25, 2024), was arbitrary and capricious and not in accordance with law because the Commission failed to rationally support its finding that Mountain Valley Pipeline, LLC had carried its burden to demonstrate good cause for the three-year extension.

Dated:  May 24, 2024                                  Respectfully submitted,

/s/ Benjamin A. Luckett
Benjamin A. Luckett
(D.C. Cir. Bar No. 54227)
Senior Attorney
Appalachian Mountain Advocates
P.O. Box 507
Lewisburg, WV 24901
(304) 873-6080
bluckett@appalmad.org

*Counsel for Appalachian Voices, Blue Ridge Environmental Defense League, Center for Biological Diversity, Chesapeake Climate Action Network, Haw River Assembly, Sierra Club, and Wild Virginia*

Elizabeth F. Benson
(D.C. Cir. Bar No. 56477)
Senior Attorney
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5723
elly.benson@sierraclub.org

*Additional Counsel for Sierra Club*

/s/ Gillian Giannetti
Gillian Giannetti
(D.C. Cir. Bar No. 62249)
Senior Attorney
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
(202) 717-8350
ggiannetti@nrdc.org

Caroline Reiser
(D.C. Cir. Bar No. 62319)
Senior Staff Attorney
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
(202) 717-8341
Creiser@nrdc.org

*Counsel for Natural Resources Defense Council*

**Certificate of Service**

I hereby certify that on May 24, 2024, I electronically filed the foregoing Petitioners' Non-Binding Statement of Issues with the Clerk of the Court by using the appellate CM/ECF System and served copies of the foregoing via the Court's CM/ECF system on all ECF-registered counsel.

*/s/ Benjamin A. Luckett*
Benjamin A. Luckett
Senior Attorney
Appalachian Mountain Advocates
P.O. Box 507
Lewisburg, WV 24901
(304) 873-6080
bluckett@appalmad.org
