# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Appalachian Voices, *et al.*,<br>      Petitioners,<br><br>v.<br><br>Federal Energy Regulatory Commission,<br>      Respondent. | Nos. 24-1094, *et al.* |

## UNOPPOSED MOTION TO MODIFY
## REMAINING BRIEFING SCHEDULE

Pursuant to Rule 27 of the Federal Rules of Appellate Procedure and Circuit Rule 27, Respondent Federal Energy Regulatory Commission requests that the Court modify the remaining briefing schedule in this case as proposed below. The Commission requests this modification because undersigned counsel is scheduled to present oral argument before this Court (in *Central Hudson Gas & Elec. Corp., et al. v. FERC*, Nos. 21-1256, *et al.*) on September 20, 2024, just 3 days after the Commission's brief in this case is currently due.

Counsel for the Commission has contacted counsel for Petitioners and Intervenors, who indicated that they do not oppose this motion.

Petitioners have already filed their opening brief. The Commission requests that the Court modify the remaining briefing schedule to the following dates:

| | |
|---|---|
| Respondent's Brief | October 3, 2024 |
| Respondent-Intervenors' Brief | October 17, 2024 |
| Petitioners' Reply Brief | November 14, 2024 |
| Deferred Appendix | November 21, 2024 |
| Final Briefs | December 5, 2024 |

Accordingly, the Commission requests that the Court grant this unopposed motion to modify the remaining briefing schedule as set forth in the above schedule.

Respectfully submitted,

Robert H. Solomon
Solicitor

*/s/ Jason T. Perkins*
Jason T. Perkins
Attorney

Federal Energy Regulatory Commission
888 First Street, NE
Washington, DC 20426
Telephone: (202) 502-6413
Email: jason.perkins@ferc.gov

August 20, 2024

# **CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. P. 32(g) and Circuit Rule 32(e), I certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) and Circuit Rule 27(d)(2)(A) because this motion contains 183 words.

I further certify that this motion complies with the type-face requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in Century Schoolbook 14-point font using Microsoft Word.

                                        */s/ Jason T. Perkins*
                                        Jason T. Perkins
                                        Attorney

Federal Energy Regulatory Commission
888 First Street, NE
Washington, DC 20426
Telephone: (202) 502-6413
Email: jason.perkins@ferc.gov

August 20, 2024

# CERTIFICATE OF SERVICE

I hereby certify that, on August 20, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>*/s/ Jason T. Perkins*
>Jason T. Perkins
>Attorney

Federal Energy Regulatory Commission
888 First Street, NE
Washington, DC 20426
Telephone: (202) 502-6413
Email: jason.perkins@ferc.gov

August 20, 2024